# EXHIBIT A

UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

In Re:                                                   Case No. 15-22824

**Yonkers Central Avenue Snack Mart, Inc.**              Chapter 11

      **Debtor,**

-------------------------------------------------------x

## "LAR-DAN" AFFIDAVIT OF MUSA EL JAMAL IN CONNECTION WITH THE RETENTION OF BRONSON LAW OFFICES PC., AS COUNSEL FOR THE DEBTOR

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF WESTCHESTER      )

I, Musa El Jamal, being duly sworn, deposes and says under penalties of perjury:

1. I am the vice-president and a director of Yonkers Central Avenue Snack Mart, Inc. ("Debtor")

2. I submit this Affidavit in connection with the Debtor's application to retain Bronson Law Offices, P.C. ("BronsonLaw") as counsel to the Debtor.

3. I caused Centralized Management Services, Inc., of which I am an owner and officer to provide a retainer of $7,500, to BronsonLaw for the services sought to be provided by Debtor's application to retain BronsonLaw.

4. I further state that BronsonLaw has advised me and I acknowledge that, with regard to the matters which BronsonLaw is to be engaged in this Chapter 11 matter, to the extent that the interests of the Debtor on one hand diverge from my interests (including the interests of Centralized Management Services, Inc.) on the other hand, BronsonLaw represents the Debtor only and not me, or Centralized Management Services, Inc.

5. I further acknowledge that BronsonLaw owes a duty of undivided loyalty to the Debtor only. I have been advised by BronsonLaw that if a conflict of interest should arise, BronsonLaw will notify both the Court and me, and that in such circumstance, I should consult with independent legal counsel in connection with that matter. BronsonLaw has advised me that it will not represent me with respect to any potential claims that I (and/or Centralized Management Services, Inc.) may have against the Debtor, and that I may wish to seek the advice of separate counsel with respect to same.

Dated: Harrison, NY
       June 29, 2015

For myself and Centralized Management Services, Inc.:

_____
Musa El Jamal

Subscribed and Sworn to before me this 29 day of June 2015:

_____
NOTARY PUBLIC-State of New York

Maria Ayala
Notary Public, State Of New York
NO. 01AY6190078
Qualified In Westchester County
Commission Expires July 14, 20__16

2