Carlos J. Cuevas, Esq.
Attorney for NY Fuel Distributors, LLC
1250 Central Park Avenue
Yonkers, New York 10704
Tel. No. 914.964.7060
Carlos J. Cuevas

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In re

YONKERS CENTRAL AVENUE SNACK            Case No. 15-22824(RDD)
MART, INC.,

                               Debtor.

-------------------------------------------------------X

## OBJECTION TO ENTRY OF BAR DATE

New York Fuel Distributors LLC by its attorney, Carlos J. Cuevas, Esq., for its Objection to Entry to Bar Date respectfully represents:

1. The Debtor filed a voluntary Chapter 11 petition on June 11, 2015.

2. The Debtor continues to manage its property and operate its business.

3. No creditors' committee has been appointed.

4. No Chapter 11 trustee has been appointed.

5. New York Fuel Distributors LLC is the landlord for the premises known as 1001 Central Park Avenue, Yonkers, New York 10704.

6. New York Fuel Distributors LLC objects to the entry of a Bar Order because it is premature.

7. The Debtor has not filed its schedules and statement of financial affairs.

8. The Section 341 meeting has not been conducted.

9. The Initial Case Conference has not been conducted.

10. Under these circumstances, the Bar Order should not be set until the Debtor has filed its schedules and statement of financial affairs; the Debtor's Section 341 meeting has been conducted; and the Initial Case Conference has been conducted.

WHEREFORE, New York Fuel Distributors LLC respectfully requests that this Court not enter a Bar Order in this Chapter 11 case until the Debtor has filed its schedules and statement of financial affairs; the Debtor's Section 341 meeting has been conducted and such other further relief as this Court deems just and equitable.

Dated: Yonkers, New York
      July 9, 2015

                                      CARLOS J. CUEVAS, ESQ.
                                      Attorney for New York Fuel Distributors, LLC

                                      By: /s/ Carlos J. Cuevas
                                        Carlos J. Cuevas
                                        1250 Central Park Avenue
                                        Yonkers, New York 10704
                                        Tel. No. 914.964.7060
                                        Fax No. 914.964.7064
                                        Email ccuevas576@aol.com

TO: H. Bruce Bronson, Esq.
     Bronson Law Offices, P.C.
     480 Mamaroneck Avenue
     Harrison, New York 10528

Jonathan D. Kraut, Esq.
Harfeinst Kraut & Perlstein LLP
2975 Westchester Ave
Suite 415
Purchase, NY 10577

Paul Schwartzberg, Esq.,
Office of the United States Trustee
201 Varick Street,
New York, New York 10014