UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                              :        Chapter 11
                                                    :
YONKERS CENTRAL AVENUE SNACK                        :        Case No.: 15-22824 (RDD)
MART, INC.                                          :
                                                    :
                      Debtor.                       x
---------------------------------------------------------------

## ORDER GRANTING APPLICATION FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the Application for Allowance of Interim Compensation and Reimbursement of Expenses (the "Application") under 11 U.S.C. § 331 for professional services rendered and expenses incurred by bankruptcy counsel for the debtor herein from August 15, 2016 through December 28, 2016; and upon the objection to the Application and counsel's supplementary disclosure under Fed. R. Bankr. P. 2014; and a hearing having been held before this Court to consider the Application on January 20, 2017 and March 1, 2017; and due notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and after due deliberation and for the reasons stated by the Court in its bench ruling at the March 1, 2017 hearing, the Court having found and concluded that the applicant has satisfied the criteria of 11 U.S.C. §§ 328(c) and 331 and that sanctions are not warranted in connection with the applicant's disclosure under Fed. R. Bankr. P. 9014; and good and sufficient cause appearing, it is hereby

ORDERED that the Application is granted, on an interim basis to the extent set forth in the attached Schedules A and B.

Dated: White Plains, New York
       March 1, 2017                        /s/Robert D. Drain
                                            UNITED STATES BANKRUPTCY JUDGE

Case No.: 15-22824 **CURRENT INTERIM FEE PERIOD** Schedule A
Case Name: Yonkers Central Avenue Snack Mart. Inc. 8/1/2016 through 12/28/2016

| (1) Applicant | (2) Date/Document Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Bronson Law Offices | 12/30/2016 Dkt. No.:47 | $27,544.50 | $27,544.50 | $27,544.50[1] | -0- | 27,544.50 | $688.90 | $688.90 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Revised September 2011  DATE ON WHICH ORDER WAS SIGNED: 3/1/2017  INITIALS: RDD USBJ

---

[1] Including from full application of applicant's retainer

Case No.:                                  **CUMULATIVE APPLICATION TOTALS**

**Schedule B**

Case Name:                                   6/11/2015-12/28/2016

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees Paid | (4) Total Expenses Requested | (5) Total Expenses Paid |
|---|---|---|---|---|
| Bronson Law Offices PC | $130,643.75 | $100,511.70[2] | $2,029.37 | $1,340.47 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Revised September 2011         DATE ON WHICH ORDER WAS SIGNED: 3/1/2017         INITIALS: RDD  USBJ

---

[2] Including from applicant's retainer