UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
In re:                                          :    Chapter 11
                                                :
YONKERS CENTRAL AVENUE SNACK                    :    Case No.: 15-22824 (RDD)
MART, INC.                                      :
                                                :
                    Debtor.                     x
--------------------------------------------------------------

# ORDER GRANTING APPLICATION FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the Application for Allowance of Interim/Final Compensation and Reimbursement of Expenses (the "Application") under 11 U.S.C. § 331 for professional services rendered and expenses incurred by counsel for the debtor and debtor in possession herein from December 29, 2016 through September 6, 2018; and a hearing having been held before this Court to consider the Application on December 10, 2018; and due notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby

ORDERED that the Application is granted to the extent set forth in the attached Schedules A and B.

Dated: White Plains, New York
       December 18, 2018

                                        /s/ Robert D. Drain
                                        UNITED STATES BANKRUPTCY JUDGE

Case No.: 15-22824  **CURRENT INTERIM FEE PERIOD**  Schedule A
Case Name: Yonkers Central Avenue Snack Mart. Inc.  12/29/2018 through 9/6/2018

| (1) Applicant | (2) Date/Document Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Bronson Law Offices | 10/24/2018 | $32,856 | $32,856 | $16,428 (50% holdback) | $1,308.60 (50% holdback) | $17,736.60 (50% holdback) | $465.48 | $465.48 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Revised September 2011    DATE ON WHICH ORDER WAS SIGNED: 12/18/2018    INITIALS: RDD  USBJ

Case No.: 15-22824 **FINAL FEE APPLICATION TOTALS** Schedule B
Case Name: Yonkers Central Avenue Snack Mart, Inc. 6/11/2015-9/6/2018

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees Paid | (4) Total Expenses Requested | (5) Total Expenses Paid |
|---|---|---|---|---|
| Bronson Law Offices PC | $166,116.95 | $130,643.75 | $2,494.85 | $2,029.37 |
| | | | | |
| | | | | |
| | | | | |

Revised September 2011    DATE ON WHICH ORDER WAS SIGNED: 12/18/2018    INITIALS: RDD USBJ